IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

KURT COFANO

Criminal No. 20-154

ARRAIGNMENT PLEA

Defendant Kurt Cofano being arraigned, pleads _____ in open Court this _____ day of _____, 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)