## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__        Erie _____        Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. _X_ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: KURT COFANO

Is indictment waived:            ____ Yes    _X_ No

Pretrial Diversion:              ____ Yes    _X_ No

Juvenile proceeding:             ____ Yes    _X_ No

Defendant is:                    _X_ Male    ____ Female

Superseding indictment or information   ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:   Allegheny County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | _____ |
| Defendant: | __X__ is in custody   ____ is not in custody |
| Name of Institution: | Allegheny County Jail |
| Custody is on: | ____ this charge   __X__ another charge |
| | ____ another conviction |
| | __X__ State   ____ Federal |
| Detainer filed: | ____ yes   __X__ no |
| Date detainer filed: | _____ |
| Total defendants: | 1 |
| Total counts: | 5 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | KURT COFANO |

## SUMMARY OF COUNTS

| COUNT(S) | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 & 3 | 26 U.S.C § 5861(d) | Possession of an Unregistered Destructive Device | X |
| 2 & 5 | 18 U.S.C. § 922(g)(3) | Possession of a Firearm by an Unlawful User of a Controlled Substance | X |
| 4 | 26 U.S.C. § 5861(f) | Manufacturing a Firearm/Destructive Device | X |

### FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 7/14/2020

/s/ Cindy K. Chung
CINDY K. CHUNG
Assistant U.S. Attorney
PA ID No. 317227