IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

KURT COFANO

Criminal No. 20-154

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Cindy K. Chung and Jonathan D. Lusty, Assistant United States Attorneys for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant KURT COFANO, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating 26 U.S.C § 5861(d), 26 U.S.C. § 5861(f) and 18 U.S.C. § 922(g)(3).

Recommended bond:  Detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:     */s/ Cindy K. Chung*
CINDY K. CHUNG
Assistant U.S. Attorney
PA ID No. 317227

*/s/ Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180