IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : Criminal No. 20-154
:
KURT COFANO :

## MOTION TO CONTINUE DETENTION HEARING

AND NOW comes Kurt Cofano, the Defendant, by and through his attorneys, J. Kerrington Lewis, Esquire, and Thomas E. Fitzgerald, Esquire, and files the within Motion to Continue Detention Hearing, and in support thereof avers as follows:

1. A Detention Hearing was scheduled by the Honorable Court for Monday, August 17, 2020 at 1:30 p.m.

2. Defense Counsel and the Assistant United States Attorney have discussed the production of initial discovery by the Government.

3. The discovery involves an extensive number of documents and review of those documents in part is necessary to present Defendant's response to the Government's Motion for Detention.

4. Defendant requests a continuance of the Detention Hearing for a minimum period of ten days to review the said discovery.

5. The instant Motion is consented to by the A.U.S.A. Cindy K. Chung.

Respectfully submitted,

LEWIS, LEWIS & REILLY

By:_____
J. Kerrington Lewis, Esquire
Attorney for Defendant