IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. KURT COFANO, *Defendant.* | Criminal No. 2:20-cr-154 - 1 <br><br> Hon. William S. Stickman IV |

## **CHANGE OF PLEA**

AND NOW, on the record this 27th day of July 2021, the defendant in the above-captioned matter, KURT COFANO, withdraws his plea of not guilty and enters a plea of GUILTY to Counts 1, 3, and 4 of the Indictment.

_____
Signature of Defendant Kurt Cofano

_____
Signature of Attorney J. Kerrington Lewis
Counsel for Defendant