# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No: 20-154 |
| V. ) | |
| KURT COFANO ) | |

## MOTION TO WAIVE RIGHT TO COUNSEL

I, Kurt Cofano, the undersigned, hereby waive my rights to counsel under the Federal Constitution's Sixth Amendment. This waiver of the right to counsel is being made knowingly, intelligently, and voluntarily. I understand and am aware of the nature of the charges, the range of allowable punishments, and am fully informed of the risks of proceeding pro se. I have the willingness to adhere to federal procedural and evidentiary rules, and understand my right to counsel and the difficulties of pro se representation.

It is for these reasons that my request to proceed pro se should be granted.

FILED
AUG 17 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Respectfully Submitted,

*Kurt Cofano*

Kurt Cofano
Butler County Prison
202 S Washington Street
Butler, Pennsylvania 16001