IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No.:  20-154 |
| | ) |
| KURT COFANO | ) |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, comes the Defendant, Kurt Cofano, by and through his attorneys, J. Kerrington Lewis, Esquire and Thomas E. Fitzgerald, Esquire, and files the within Motion to Withdraw Appearance, and in support thereof, avers as follows:

1. J. Kerrington Lewis, Esquire and Thomas E. Fitzgerald, Esquire have represented the Defendant in the above-captioned case.

2. Defendant has advised counsel by letter dated August 6, 2021 that he has decided to represent himself as of August 6, 2021.

3. J. Kerrington Lewis, Esquire and Thomas E. Fitzgerald, Esquire request the court to permit them to withdraw their appearance forthwith in accordance with the Defendant's directive.

WHEREFORE, defense counsel, J. Kerrington Lewis, Esquire and Thomas E. Fitzgerald, Esquire, respectfully request the Honorable Court to grant their Motion to Withdraw Appearance for the Defendant.

Respectfully submitted,

By: <u>/s/J. Kerrington Lewis, Esquire</u>
J. Kerrington Lewis, Esquire
PA. I.D. #15575
Lewis, Lewis & Reilly
1040 Fifth Avenue, 1st Floor
Pittsburgh, PA 15219-6268
(412) 391-0818
*Counsel for Defendant*


By: <u>/s/Thomas E. Fitzgerald, Esquire</u>
Thomas E. Fitzgerald, Esquire
PA. I.D. #43580
1040 Fifth Avenue, 1st Floor
Pittsburgh, PA 15219-6268
(412) 338-9988
*Counsel for Defendant*