Kurt Cotano
USMS #
Butler County Prison
202 S. Washington Street
Butler, PA 16001

CLEARED X-RAY SCREENING

Judge William S. Stickman
700 Grant Street
Rm 9240 Crm 8B
Pittsburgh, PA 15219

9489 0090 0027 6215 7512 90

CERTIFIED MAIL

Label 890-PB, Oct. 2015
Pitney Bowes

