Kurt Cofano
USMS# 04811-509
Butler County Prison
202 S Washington Street
Butler, PA 16001



CERTIFIED MAIL
9489 0090 0027 6215 7513 37



U.S. POSTAGE ≫ PITNE
ZIP 16001  $ 007
02 4W
0000375549 OCT 25

Clerk of Courts
700 Grant Street
Suite 3000
Pittsburgh, PA 15219