



COFANO_000326







COFANO_000333









