

Ex 2

COFANO_000293



COFANO_000309



